UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Robert G. Swan, Esq. RS 01901
3720 Nottingham Way
Hamilton Sq., NJ 08690
609-586-3444
Attorney for DEBTOR

| | | |
|---|---|---|
| In Re: | Case Number: | 16-33318 |
| | Hearing Date: | January 4, 2017 12:00 pm |
| CARLI N. SPIRES | Judge: | Christine M. Gravelle |
| | Chapter | 13 |
| | CERTIFICATION OF DEBTORS ATTORNEY | |

I, Robert G. Swan, of full; age, do hereby certify that:

1 I represent the debtor in the above listed bankruptcy case.

2. This case was filed electronically on December 7, 2016.

3. Upon the filing of the petition it is my policy to have my office trigger the certificate of credit counseling upon the receipt of the case number.

4. On the date of this filing I was unable to scan the certificate to the computer to file it electronically until the next afternoon as I needed my scanner repaired.

5. As we were in the process of filing the certificate we received the notice of order to show cause which was filed four minutes prior to the certificate of credit counseling having been filed.

5. For the foregoing reasons I ask Your Honor to not dismiss this petition and allow for the Debtor's case to move forward.

December 26, 2016

                                                                      Robert G. Swan, Esquire
                                                                      Attorney for Debtor