UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin    Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 220306
Attorneys for Secured Creditor: Wells Fargo Bank, N.A.

| | |
|---|---|
| In Re:<br><br>Carli N. Spires | Case No.: 16-33318-CMG<br><br>Chapter 13<br><br>**Hearing Date: March 1, 2017**<br>**Time: 10:00 am**<br><br>Judge: Christine M. Gravelle |

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Wells Fargo Bank, N.A. ("Secured Creditor"), by and through its counsel, Andrew M. Lubin, Esquire, of MILSTEAD & ASSOCIATES, LLC, as and for an Objection to Confirmation of debtors' Chapter 13 Plan, states the following grounds therefore:

1.      On December 7 2016, Debtor, Carli N. Spires, filed a petition pursuant to Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey.

2.      Wells Fargo Bank, N.A. is the holder of a first mortgage on real property owned by the Debtor known as and located at 32 Brockton Road, Trenton, NJ 08619 (the "Property").

3.      Secured Creditor has not yet filed its Proof of Claim in this matter, but anticipates doing so shortly.  As such, Secured Creditor reserves the right to supplement this objection.

4.      As will be more fully set forth in the aforementioned proof of claim, as of the date of the filing of the instant Chapter 13 petition, total arrears due to Secured Creditor through the Plan are $1,932.61.

5.      Debtor's Chapter 13 Plan does not provides for payment of mortgage arrears and does not provide for a treatment of Secured Creditor's claim in the plan.

6.      The Chapter 13 Plan does not provide for Secured Creditor to receive distributions with a value equal to the allowed amount of its claim as required by 11 U.S.C. §1325(a)(5)(B)(ii).

7.      Secured Creditor objects to the Debtor's Chapter 13 Plan as same does not propose to cure the entire pre-petition delinquency due to Secured Creditor and thus the Plan is not feasible as filed.

WHEREFORE, Secured Creditor respectfully requests that the Court deny confirmation of the Chapter 13 Plan for the reasons hereinabove set forth unless modified to provide for payment of pre-petition arrears in full, as set forth above, due to Secured Creditor, and for such other and further relief as to the Court may seem just and proper.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED: December 29, 2016

/s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. AL0814
1 East Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin    Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 220306
Attorneys for Secured Creditor: Wells Fargo Bank, N.A.

| In Re: | Case No.: 16-33318-CMG |
|---|---|
| Carli N. Spires | Chapter 13 |
| | **Hearing Date: March 1, 2017**<br>**Time: 10:00 am** |
| | Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, <u>Andrew M. Lubin, Esquire</u>:

    ☒ represent the <u>Secured Creditor</u> in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>December 29, 2016,</u> I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below:

| Objection to Secured Creditor to Confirmation of Chapter 13 Plan |
|---|

3. I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.

Dated: December 29, 2016                    <u>/s/Andrew M. Lubin</u>

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Robert G. Swan, Esquire<br>Law office of Robert G. Swan<br>3720 Nottingham Way<br>Hamilton Square, NJ 08690 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Carli N. Spires<br>32 Brockton Rd<br>Hamilton, NJ 08619-3040 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.