**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carli N. Spires<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5145<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–33318–CMG | |

# Order of Discharge                                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Carli N. Spires

<u>7/7/22</u>                                              **By the court:** <u>Christine M. Gravelle</u>
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Carli N. Spires  
Debtor

Case No. 16-33318-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 3  
Date Rcvd: Jul 07, 2022   Form ID: 3180W   Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Carli N. Spires, 32 Brockton Rd, Hamilton, NJ 08619-3040 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, LOGS Legal Group LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 516536752 | | CARUSO PHYSICAL THERAPY &NUTRITIONAL LL, 1278 Yardville Allentown Rd Ste 3, Allentown, NJ 08501-1866 |
| 516536755 | | NJ Spine and Pain Center Inc, 2109 Klockner Rd # 2111, Hamilton, NJ 08690-3403 |
| 516536759 | | VISA WELLS FARGO, PO Box 5284, Carol Stream, IL 60197-5284 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516536751 | | EDI: RMSC.COM | Jul 08 2022 00:33:00 | CARECREDITS/SYNCHRONY BANK, PO Box 960061, Orlando, FL 32896-0061 |
| 516536754 | + | EDI: CITICORP.COM | Jul 08 2022 00:33:00 | MACY'S, PO Box 9001108, Louisville, KY 40290-1108 |
| 516750477 | | EDI: Q3G.COM | Jul 08 2022 00:33:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516536753 | | EDI: CITICORP.COM | Jul 08 2022 00:33:00 | HOME DEPOT, PO Box 9001010, Louisville, KY 40290-1010 |
| 516788682 | | EDI: PRA.COM | Jul 08 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516536756 | | Email/Text: amanda@cascollects.com | Jul 07 2022 20:34:00 | St Francis Medical Center, c/o capital collection services, PO Box 150, West Berlin, NJ 08091-0150 |
| 516536757 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 07 2022 20:33:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 516556397 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 07 2022 20:33:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519187851 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 07 2022 20:33:00 | U.S. Bank Trust National Association, as Trustee, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, U.S. Bank Trust National Association, as, c/o Carrington Mortgage Services, LLC 92806-5948 |
| 519187850 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 07 2022 20:33:00 | U.S. Bank Trust National Association, as Trustee, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

| | | | |
|---|---|---|---|
| 516536758 | EDI: USAA.COM Jul 08 2022 00:33:00 | | USAA VISA SIGNATURE, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 516768526 | + Email/Text: RASEBN@raslg.com Jul 07 2022 20:33:00 | | USAA Savings Bank, c/o Robertson,Anschutz,Schneid,Crane & P, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 516536760 | EDI: WFFC.COM Jul 08 2022 00:33:00 | | WELLS FARGO HOME MORTGAGE, PO Box 11701, Newark, NJ 07101-4701 |
| 516583544 | + EDI: WFHOME Jul 08 2022 00:33:00 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516776507 | EDI: WFCCSBK Jul 08 2022 00:33:00 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank  N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Towd Point Master Funding Trust 2021-PM1 ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of TPMFT 2021-PM1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Harold N. Kaplan | on behalf of Creditor USAA FEDERAL SAVINGS BANK hkaplan@rasnj.com  informationathnk@aol.com |

Robert G. Swan
    on behalf of Debtor Carli N. Spires lawofficeofrswan@aol.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9